People v Ramirez (2024 NY Slip Op 02285)

People v Ramirez

2024 NY Slip Op 02285

Decided on April 30, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 30, 2024

Before: Singh, J.P., Gesmer, Kennedy, Scarpulla, Pitt-Burke, JJ. 

Ind. No. 70595/22 Appeal No. 2147 Case No. 2023-01097 

[*1]The People of the State of New York, Respondent,
v
Ray Ramirez, Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Abigail Everett of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Jonathan Sclar of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered January 23, 2023, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the fourth degree, and sentencing him to three years' probation, unanimously affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US &mdash, 140 S Ct 2634 [2020]), which forecloses review of his Second Amendment and excessive sentence claims (see People v Johnson, 225 AD3d 453 [1st Dept 2024]).
Regardless of whether defendant validly waived his right to appeal, we find that defendant has failed to establish that he has standing to challenge New York's gun
licensing scheme (id.; see also People v Khan, __ AD3d __, 2024 NY Slip Op 01682, *1 [1st Dept 2024]; People v Jackson, 225 AD3d 547 [1st Dept 2024]). We also perceive no basis for reducing the sentence.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 30, 2024